**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO.: 1:18-cv-02405-RM-KMT

CARLOS BRITO,

    Plaintiff,

v.

TCIP LLC and CHINA GOURMET
COLORADO SPGS d/b/a China
Gourmet Restaurant,

    Defendants.

---

***AMENDED* JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Plaintiff, CARLOS BRITO ("Plaintiff") and Defendants, TCIP LLC and CHINA GOURMET COLORADO SPGS d/b/a China Gourmet Restaurant, having entered into a Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this matter with prejudice.

Dated this 23rd, day of August, 2019.

Respectfully submitted,

| | |
|---|---|
| By: */s/ Anthony J. Perez* | By: /s/ Joseph R. Kummer |
| Anthony J. Perez | Joseph R. Kummer |
| GARCIA-MENOCAL & PEREZ, P.L. | Mark Joseph Jachimiak |
| 1600 Broadway, Suite 1600 | JaCHIMIAK PETERSON, LLC |
| Denver, CO 80202 | 1819 Denver West Drive, Suite 265 |
| Telephone: (303) 386-7208 | Golden, CO 80401 |
| Facsimile: (305) 553-3031 | Telephone: (303) 863-7700 |
| Primary E-Mail: ajperez@lawgmp.com | Facsimile: (303) 830-8772 |
| Secondary E-Mails: ddunn@lawgmp.com | Email: jkummer@jpfirm.law |
| aquezada@lawgmp.com | mjachimiak@jpfirm.law |
| *Attorney for Plaintiff* | *Attorneys for TCIP LLC and China Gourmet Colorado Spgs d/b/a China Gourmet Restaurant* |